# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHRISTIAN LANG, et al** | **CIVIL ACTION** |
| **VERSUS** | **NO: 10-1085-SSV-SS** |
| **DIRECTV, INC., et al** | |

## AMENDED REPORT AND RECOMMENDATION

On December 2, 2011, a report and recommendation was issued with the recommendation that the claims of Stephen Francis be dismissed with prejudice. Rec. doc. 222. The R&R noted that previously the parties referred to the opt-in claimant as Francis Andrews, but the defendant was referring to him Stephen Francis. Id. at n. 1. The defendant's motion and supporting memorandum referred to the opt-in claimant as Stephen Francis at least twice while also referring to him once as Andrew Francis. Rec. doc. 208. After the issuance of the R&R, the defendant notified the court that the correct name of the claimant was Andrew Francis. It referred to the consent to join collective action which was signed by "Andrew Francis". Rec. doc. 63-1. Accordingly the December 2, 2011 R&R is amended to refer to Andrew Francis.[1]

## RECOMMENDATION

IT IS RECOMMENDED that: (1) the motion of the defendant for a report and recommendation to dismiss the claims of Drosos Galouzis and Andrew Francis with prejudice (Rec. doc. 208) be GRANTED in PART and DENIED in PART with right to re-urge; and (2) the claims of Andrew Francis be dismissed with prejudice.

---

[1] Defendants are cautioned to get this information right before filing motions with the Court.

## OBJECTIONS

A party's failure to file written objections to the proposed findings, conclusions and recommendations in a magistrate judge's report and recommendation within fourteen (14) days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure to object. Douglass v. United Servs. Auto. Ass'n, 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc*).

New Orleans, Louisiana, this 5th day of December, 2011.

**SALLY SHUSHAN**
**United States Magistrate Judge**