UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CHRISTIAN LANG, et al. | § | CIVIL ACTION NO. 10-1085 "G"(1) |
| | § | |
| V. | § | JUDGE NANNETTE JOLIVETTE |
| | § | BROWN |
| DIRECTV, INC., et al. | § | |
| | § | MAGISTRATE JUDGE SALLY |
| | § | SHUSHAN |

### ORDER

The Court, finding that as of this date neither Plaintiffs nor Defendants have filed any objections to the Magistrate Judge's Report and Recommendation (Clerk's Doc. No. 222) or to the Magistrate Judge's Amended Report and Recommendation (Clerk's Doc. No. 225), hereby approves the Report and Recommendation, as amended, and adopts it as its opinion.

Accordingly, Defendants' Motion to Dismiss the Claims of Galouzis and Francis with Prejudice is **GRANTED** in part and **DENIED** in part.

**IT IS ORDERED** that the claims of Andrew Francis are **DISMISSED WITH PREJUDICE**.

**NEW ORLEANS, LOUISIANA** this _29th_ day of December, 2011.

NANNETTE JOLIVETTE BROWN
UNITED STATES DISTRICT JUDGE